JAMES W. SMITH et al., Appellants, *v.* CITY OF BROOKLYN, Respondent.

This case presented the same questions and was argued and decided with *Steers* v. *City of Brooklyn, ante,* p. 51.